AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

|  |  |  |
|---|---|---|
| **Adam Cohen,** | ) | |
| *Plaintiff(s)* | ) ) ) | |
| v. | ) ) ) | Civil Action No.   1:26-cv-21120-JB |
| | ) ) ) | |
| **M.A.C. Construction, Inc.,** | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To:
                         M.A.C. Construction, Inc
                         Serve: Registered Agent
                         Mary Ceavers
                         803 Rockridge Court
                         Canton, GA, 30114

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                         GEORGE N. COLVILLE
                         **SRIPLAW, P. A.**
                         21301 Powerline Road
                         Suite 212
                         Boca Raton, FL 33433

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:    Feb 20, 2026

*s/ Clifford Charles*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court